UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DEIULEMAR SHIPPING SPA,

                    Plaintiff,

  - against -

SOURCE LINK SHIPPING CO. LTD.,

                    Defendant.
-----------------------------------------------------------------X

07 CV
ECF CASE

JUDGE SCHEINDLIN

RECEIVED APR 13 2007 U.S.D.C. S.D.N.Y. CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                    NONE.

Dated: April 13, 2007
       New York, NY

                            The Plaintiff,
                            DEIULEMAR SHIPPING SPA,

                            By: _____
                            Lauren C. Davies (LD 1980)
                            Thomas L. Tisdale (TT 5263)
                            TISDALE & LENNON, LLC
                            11 West 42nd Street, Suite 900
                            New York, NY 10036
                            (212) 354-0025 (Phone)
                            (212) 869-0067 (Fax)
                            ldavies@tisdale-lennon.com
                            ttisdale@tisdale-lennon.com