UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEIULEMAR SHIPPING SPA,                    :
                                           :   07 CV 2983 (SAS)
                Plaintiff,                 :   ECF CASE
                                           :
    - against -                            :
                                           :
SOURCE LINK SHIPPING CO. LTD.,             :
                                           :
                Defendant.                 :
------------------------------------------------------------X

### ORDER OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from any Defendants that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a). The attachment is hereby vacated and the garnishees are directed to release any funds that they may have secured.

Dated: New York, NY
       August 27, 2008

                                By: _____
                                    Thomas L. Tisdale (TT5263)
                                    TISDALE LAW OFFICES, LLC
                                    11 West 42nd Street, Suite 900
                                    New York, NY 10036
                                    (212) 354-0025
                                    (212) 869-0067 – fax
                                    ttisdale@tisdale-law.com

_____
U.S.D.J.